1128

No. 97–7198. BROWN v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–7199. STRETTON v. ROSS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–7206. MICHAU v. LEE ET AL.; and MICHAU v. KINARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–7208. McCOY v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 97–7210. PALMER v. BELL ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–7212. KAMARA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 97–7214. DENNIS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 97–7215. REED v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 97–7220. PALM v. CITY OF LITTLETON, COLORADO. Ct. App. Colo. Certiorari denied.

No. 97–7223. PHAGAN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–7224. BENTLEY v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 97–7225. MAGEE v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 97–7228. KONSTANTOPOULOS ET AL. v. WESVACO CORP. C. A. 3d Cir. Certiorari denied.

No. 97–7229. FELLER v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.